RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
Nevada State Bar No. 14655C
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Gerardo Rangel

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERARDO RANGEL,<br><br>Defendant. | Case No. 2:16-cr-340-APG-VCF-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Gerardo Rangel, that the Revocation Hearing currently scheduled on December 30, 2019, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. The probation officer assigned to this case will be out of the office on leave on the currently scheduled revocation hearing date.

2. Additionally, the requested time will permit defense counsel sufficient time to confer with Mr. Rangel regarding the violations contained in the petition.

3. Mr. Rangel is in custody. He has no opposition to the requested continuance. This is the first request for a continuance of the revocation hearing.

DATED this 19 day of December, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| By */s/ Katherine A. Tanaka*<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By */s/ Jessica Oliva*<br>JESSICA OLIVA<br>Assistant United States Attorney |

|   |   |   |
|---|---|---|
| | **UNITED STATES DISTRICT COURT** | |
| | **DISTRICT OF NEVADA** | |

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

GERARDO RANGEL,

    Defendant.

Case No. 2:16-cr-340-APG-VCF-1

**ORDER**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, December 30, 2019 at 9:30 a.m., be vacated and continued to January 15, 2020 at the hour of 11:00 a.m.. in courtroom 6C; or to a time and date convenient to the court.

    DATED this 19th day of December, 2019.

                                               UNITED STATES DISTRICT JUDGE